UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joe Hernandez,   **Civil File No. 08-cv-1286 JMR/FLN**

    Plaintiff,

vs.   **NOTICE OF DISMISSAL**

GC Services Limited Partnership,

    Defendant.

---

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**THE CONSUMER JUSTICE CENTER, P.A.**

Dated: 9/22/08   By s/Thomas J. Lyons Jr.
   Thomas J. Lyons, Jr. (#249646)
   Attorneys for Plaintiff
   367 Commerce Court
   Vadnais Heights, MN  55127
   651-770-9707